FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

01 AUG 15 AM 9: 38

U.S. DISTRICT COURT
N.D. OF ALABAMA

JOB DANIEL JOHNSON,            )
                               )
        Plaintiff,             )
                               )
vs.                            )   CV 01-J-0222-J
                               )
POLICE CHIEF TED COLLINS and   )
THE LAMAR COUNTY JAIL,         )
                               )
        Defendants.            )

ENTERED

AUG 15 2001

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 20, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on August 8, 2001, in which he restates the facts of his claim, states that he was threatened by Chief Collins and wore a wire for the police to set up drug dealers, and again asks that the defendants be ordered to pay him for his "motional [sic] stress and pain." Plaintiff does not claim that he suffered any actual injury as a result of defendants failure to provide him with medical care for three days or for any of the other actions which he maintains are unconstitutional. Pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(e), a prisoner may not bring a claim for mental or emotional injuries suffered while in custody absent a prior showing of physical injury. The plaintiff makes no such allegations.

12

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this __15__ day of __August__, 2001.

_____
INGE JOHNSON
UNITED STATES DISTRICT JUDGE